# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **BOLD HOME PRODUCTS, LLC,** *et. al.,* | : | **Case No.:  2:20cv04020** |
| | : | |
| **Plaintiffs,** | : | **Judge Algenon L. Marbley** |
| | : | |
| **v.** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **CARBONKLEAN, LLC,** *et al.,* | : | **MOTION REQUESTING A STATUS** |
| | : | **CONFERENCE BY JUDGMENT** |
| **Defendants.** | : | **CREDITORS, BOLD HOME** |
| | : | **PRODUCTS, LLC,** *et. al.* |

Above-captioned Plaintiffs/Judgment Creditors Bold Home Products, LLC and E-Commerce Trade LLC (collectively Bold Home Products, LLC and E-Commerce Trade, LLC, ("Judgment Creditors" or "Plaintiffs"), respectfully request this Court to: (1) grant this motion; and (2) set a status conference at the Court's earliest convenience to discuss and address Judgment Creditors' concerns associated with seven (7) pending motions for order of garnishments.

On April 25, 2023, Defendants CarbonKlean, LLC ("CarbonKlean") and Daniel J. Patton ("Patton") (collectively, CarbonKlean and Patton, "Defendants" or "Judgment Debtors") executed a written settlement agreement. On February 24, 2026, Plaintiffs filed a motion to enforce settlement because under the settlement agreement Defendants failed to remit a $323,333.33 payment to Plaintiffs on January 15, 2026. On April 7, 2026, this Court issued an order enforcing the settlement motion and awarding judgment in favor of Plaintiffs for no less than $1,017,382.04.

Next, on June 11, 2026, Judgment Creditors filed a motion for judgment debtor examinations to discover assets available to satisfy the judgment. The Court issued an order on July 7, 2026, vacating the July 14th judgment debtor's examination.

6039836.1

Attempting to collect on the judgment, Judgment Creditors filed seven (7) motions for order of garnishments ("Motions") on July 20, 2026. Pursuant to R.C. § 2716.13, after filing the affidavit and motion for order of garnishment, the court will issue an order of garnishment and cause a hearing to be scheduled within 12 days of the date of filing the garnishment proceeding. R.C. § 2716.13.

Judgment Debtors have known for over two weeks that Judgment Creditors seek garnishment. On July 31, 2026, the court issued an Order granting Attorney Selph's motion to withdraw as counsel and provided Defendant CarbonKlean thirty days (August 31, 2026) of the date of the order to obtain counsel.

Judgment Creditors are concerned that Defendants, now aware of the garnishments, have additional time to hide or transfer assets, which would prejudice Judgment Creditors. Given these circumstances, Judgment Creditors respectfully request the Court to grant this motion and hold a status conference at the Court's earliest convenience to discuss and address Judgment Creditors' concerns.

Respectfully Submitted,

*/s/ Christopher S. Baxter*

James A. Dyer                    (0006824)
Christopher S. Baxter           (0088640)
SEBALY SHILLITO + DYER
A Legal Professional Association
220 E. Monument Drive
Dayton, OH  45402
937-222-2500
937-222-6554 (fax)
jdyer@ssdlaw.com
cbaxter@ssdlaw.com
*Counsel for Plaintiffs*

2

6039836.1

**CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing was served by regular U.S. mail on this 7th

day of August 2026:

Daniel Patton
8850 Lyra Drive, Suite 202
Columbus, Ohio 43240

CarbonKlean, LLC
8850 Lyra Drive, Suite 202
Columbus, Ohio 43240

                                            */s/ Christopher S. Baxter*
                                            Christopher S. Baxter

                                            *Counsel for Plaintiffs*

6039836.1