**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**(EASTERN DIVISION)**

| | | |
|---|---|---|
| **BOLD HOME PRODUCTS, LLC, *et al.*,** | : | |
| | : | **Case No.: 2:20-cv-04020** |
| **Plaintiffs,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **vs.** | : | |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| **CARBONKLEAN, LLC, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

---

**PLAINTIFFS' WITHDRAWAL OF APPEARANCE OF COUNSEL**

---

Notice is hereby given that Toby K. Henderson, withdraws as counsel for Plaintiffs Bold Home Products, LLC and E-Commerce Trade, LLC ("Plaintiffs") in the above-captioned matter. Plaintiffs have been notified and consent to Mr. Henderson's withdrawal as counsel. Plaintiffs will continue to be represented by James A. Dyer and Christopher S. Baxter at Sebaly Shillito + Dyer and by Ben Powers at Legal Powers, PLLC.

Respectfully submitted,

*/s/ Toby K. Henderson*

Toby K. Henderson (0071378)
Crown Equipment Corporation
102 South Washington Street
New Bremen, Ohio 45869
Telephone: (419) 629-2220
Toby.henderson@crown.com

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing document was filed and served electronically upon all counsel of record through the Court's ECF system on September 2, 2026.

*/s/ Toby K. Henderson*
Toby K. Henderson (0071378)