**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BOLD HOME PRODUCTS, LLC, *et al.*** | : | **CASE NO. 2:20-cv-04020** |
| **Plaintiffs,** | : | **Judge Algenon L. Marbley** |
| **v.** | : | **Magistrate Judge Chelsey M. Vascura** |
| **CARBONKLEAN, LLC, *et al.*** | : | **NOTICE TO JUDGMENT DEBTORS – JP MORGAN CHASE BANK, N.A. GARNISHMENT** |
| **Defendants.** | : | |

You are hereby notified that this Court has issued an order in the above case in favor of the above named plaintiffs in the proceeding, directing that some of your money in excess of six hundred twenty five dollars ($625.00), property, or credits, other than personal earnings, that now may be in the possession of JP Morgan Chase Bank, N.A., c/o CT Corporation System 4400 Easton Commons Way, Ste. 125, Columbus, Ohio 43219, the garnishee in these proceedings, be used to satisfy your debt to the judgment creditors. This order was issued based on the judgment creditors' judgment against you that was obtained in the United States District Court for the Southern District of Ohio in Case No. 2:20-cv-04020 on May 21, 2026. Upon your receipt of this notice, you are prohibited from removing or attempting to remove the money, property, or credits until expressly permitted by the Court. Any violation of this prohibition subjects you to punishment for contempt of court.

The law of Ohio and the United States provides that certain benefit payments cannot be taken from you to pay a debt. Typical among the benefits that cannot be attached or executed upon by a creditor are the following: 1) Worker's compensation benefits; 2) Unemployment benefits; 3) Cash assistance payments under the Ohio works first program; 4) Benefits and services under the prevention, retention, and contingency program; 5) Disability financial assistance administered by the Ohio Department of Job and Family Services; 6) Social Security Benefits; 7) Supplemental Security Income (SSI); 8) Veteran's Benefits; 9) Black Lung Benefits; and 10) Certain Pensions.

There may be other benefits not included in the above list that apply in your case.

If you dispute the plaintiffs' right to garnish your property and think that the plaintiffs should not be given your money, property, or credits, other than personal earnings, now in the possession of the garnishee because they are exempt or if you feel that this order is improper for any other reason, you may request a hearing before this Court by disputing the claim in the request for hearing form, appearing below, or in a substantially similar form, and delivering the request for hearing to this

Court at The United State District Court, Southern District of Ohio, Office of the Clerk, Joseph P. Kinneary U.S. Courthouse, Room 121, 85 Marconi Blvd. Columbus, Ohio 43215 **no later than the end of the fifth business day** after you receive this notice.

You may state your reasons for disputing judgment creditors' rights to garnish your property in the space provided on the form; however, you are not required to do so. If you do state your reasons for disputing the plaintiffs' rights, you are not prohibited from stating any other reason at the hearing. If you do not state your reasons, it will be held against you by the court, and you can state your reasons at the hearing. **NO OBJECTION TO THE JUDGMENT ITSELF WILL BE HEARD OR CONSIDERED AT THE HEARING.** If you request a hearing, the hearing will be limited to a consideration of the amount of your money, property, or credits, other than personal earnings, in the possession or control of the garnishee, if any, that can be used to satisfy all or part of the judgment you owe to judgment creditors.

If you request a hearing by delivering your request for hearing no later than the end of the fifth business day after you receive this notice, it will be conducted before Magistrate Judge Chelsey M. Vascura, United States District Court, Southern District of Ohio, Courtroom 183, 85 Marconi Blvd., Columbus, Ohio 43215, at 2:00 p.m. on September 14, 2026. You may request the Court to conduct the hearing before this date by indicating your request in the space provided on the form; the Court then will send you notice of any change in the date, time, or place of the hearing. If you do not request a hearing by delivering your request for a hearing no later than the end of the fifth business day after you receive this notice, some of your money, property, or credits, other than personal earnings, will be paid to judgment creditors.

If you have any questions concerning this matter, you may contact the office of the clerk of this court. If you want legal representation, you should contact your lawyer immediately. If you need the name of a lawyer, contact the local bar association.

9/3/26
Date

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BOLD HOME PRODUCTS, LLC, *et al.*** | : | **CASE NO. 2:20cv04020** |
| | : | |
| **Plaintiffs,** | : | **Judge Algenon L. Marbley** |
| | : | |
| **v.** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **CARBONKLEAN, LLC, *et al.*** | : | **REQUEST FOR HEARING – JP** |
| | : | **MORGAN CHASE BANK, N.A.** |
| **Defendants.** | : | |
| | : | |
| | : | |

I dispute the judgment creditors' rights to garnish my money, property, or credits, other than personal earnings, in the above case and request that a hearing in this matter be held__________(Insert "on" or "earlier than") the date and time set forth in the document entitled "NOTICE TO THE JUDGMENT DEBTORS" that received with this request form.

I dispute the plaintiffs' right to garnish my property for the following reasons: (Optional)_____________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

I UNDERSTAND THAT NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE HEARD OR CONSIDERED AT THE HEARING.

_______________________________________________________________________________
(Print Name of Judgment Debtor)

_______________________________________________________________________________
(Signature)

_______________________________________________________________________________
(Date)

**WARNING: IF YOU DO NOT DELIVER THIS REQUEST FOR HEARING OR A REQUEST IN A SUBSTANTIALLY SIMILAR FORM TO THE OFFICE OF THE CLERK OF THIS COURT WITHIN FIVE (5) BUSINESS DAYS OF YOUR RECEIPT OF IT, YOU WAIVE YOUR RIGHT TO A HEARING AND SOME OF YOUR MONEY, PROPERTY, OR CREDITS, OTHER THAN PERSONAL EARNINGS, NOW IN THE POSSESSION OF JP MORGAN CHASE BANK, N.A. WILL BE PAID TO BOLD HOME PRODUCTS, LLC AND E-COMMERCE TRADE, LLC TO SATISFY SOME OF YOUR DEBT TO BOLD HOME PRODUCTS, LLC AND E-COMMERCE TRADE, LLC.**