**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BOLD HOME PRODUCTS, LLC, *et al.*** | : | **CASE NO. 2:20cv04020** |
| | : | |
| **Plaintiffs,** | : | **Judge Algenon L. Marbley** |
| | : | |
| **v.** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **CARBONKLEAN, LLC, *et al.*** | : | **ORDER AND NOTICE OF** |
| | : | **GARNISHMENT TO PRIMERICA** |
| **Defendants.** | : | **LIFE INSURANCE COMPANY** |
| | : | |
| | : | |

1. This matter is before the Court on the Motion of Plaintiffs-Judgment Creditors Bold Home Products, LLC and E-Commerce Trade, LLC ("Plaintiffs" or "Judgment Creditors") for an Order of Garnishment ("Motion") to Primerica Life Insurance Company ("Garnishee").

2. Plaintiffs have filed an affidavit, satisfactory to the Court, stating that Garnishee may have money, property, or credits, other than personal earnings, in its possession, custody, or control that belong to Defendants-Judgment Debtors CarbonKlean, LLC and Daniel J. Patton (CarbonKlean, LLC and Daniel J. Patton collectively ("Defendants"). Defendants may reside at one or more of the following addresses:

Daniel Patton
8850 Lyra Drive, Suite 202
Columbus, OH 43240

CarbonKlean, LLC
8850 Lyra Drive, Suite 202
Columbus, OH 43240

3. Garnishee is therefore ordered to complete the separate "Answer of Garnishee" to be served by the Clerk upon Garnishee contemporaneously with this Order and Notice of Garnishment.

4. Garnishee is ordered to return one completed and signed copy of the Answer of Garnishee to the clerk of court, together with the amount determined in accordance with the Answer of Garnishee by the following date on which a hearing is tentatively scheduled relative to the Order of Garnishment: September 14, 2026.

5. Garnishee is further ordered to deliver one completed and signed copy of the completed Answer of Garnishee to the Defendants at each of the above-referenced addresses prior to the date of the hearing. Garnishee may keep the other completed and signed copy of this form for your files.

6. The Total Probable Amount now due on the Judgment in favor of Plaintiffs against Defendants is $1,017,382.04. The total probable amount now due includes the unpaid portion of the judgment in favor of the judgment creditor, which is $970,000.00; interest on that judgment from February 3, 2026 at the contractual rate of 10% per annum payable until that judgment is satisfied in full, and $2735.47 for costs of the suit (the "Total Probable Amount").

7. Garnishee is also ordered to hold safely anything of value that belongs to the Defendants and that has to be paid to the Court, as determined under the Answer of Garnishee, but that is of such a nature that it cannot be so delivered, until further order of this court.

8. **TO THE CLERK:** The Clerk is hereby directed to serve three copies of this Order and Notice of Garnishment, and the Answer of Garnishee form, together with the Garnishee's fee as provided for in R.C. § 2716.12 upon "Primerica Life Insurance Company, c/o CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219" by certified mail, return receipt requested. Additionally, the Clerk is hereby directed to serve the Notice to Judgment Debtors and two copies of the Request for Hearing Form, each of which are attached to the Motion, upon the Defendants named herein by regular mail, postage prepaid at each of the above-referenced addresses.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BOLD HOME PRODUCTS, LLC, *et al.*** | : | **CASE NO. 2:20cv04020** |
| | : | |
| **Plaintiffs,** | : | **Judge Algenon L. Marbley** |
| | : | |
| **v.** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **CARBONKLEAN, LLC, *et al.*** | : | **ANSWER OF PRIMERICA LIFE INSURANCE COMPANY** |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

Now comes Primerica Life Insurance Company, the Garnishee herein, who says:

1. The Garnishee has more than $625.00 in money, property, or credits other than personal earnings of Defendants CarbonKlean, LLC and Daniel J. Patton (CarbonKlean, LLC and Daniel J. Patton collectively ("Defendants") under the Garnishee's control or in the Garnishee's possession.
   Yes_____ No______ If yes, Amount (amount over $625.00)______________________

2. That property is described as:
   ______________________________________________________________________
   ______________________________________________________________________
   ______________________________________________________________________
   ______________________________________________________________________
   ______________________________________________________________________

3. If the answer to paragraph 1 is "yes" and the amount is less than the probable amount now due on the judgment, as indicated the Order and Notice of Garnishment, sign and return this form and pay the amount of line 1 to the Clerk of this Court.

4. If the answer to paragraph 1 is "yes" and the amount is greater than the probable amount now due on the Judgment, as indicated the Order and Notice of Garnishment, sign and return this form and pay that probable amount now due to the Clerk of this Court.

5. If the answer to paragraph 1 is "yes" but the money, property, or credits are of such a nature that they cannot be delivered to the Clerk of the Court, indicate that by placing an "X" in the space ____________. Do not dispose of that money, property, or credits or give them to anyone else until further order of this Court.

6. If the answer to paragraph 1 is "no", sign and return this form to the Clerk of this Court.

I certify that the statements above are true.

______________________________________________

Print name of Garnishee

______________________________________________

Print name and title of Person who completed this form

______________________________________________

Signed (signature of person completing this form; sign all copies)

Copy delivered to Judgment Debtor this _____________ day of _________________, 2026.

**THIS ANSWER OF GARNISHEE SHALL BE FILLED IN BY THE GARNISHEE AND THE ORIGINAL FILED WITH THE COURT AS ITS ANSWER. THE GARNISHEE MAY KEEP ONE COMPLETED COPY AND SHALL DELIVER THE OTHER COMPLETED COPY TO THE JUDGMENT DEBTORS.**