**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

Bold Home Products, LLC, et al.,

Plaintiffs,

vs

Case No. 2:20-cv-4020

CarbonKlean, LLC., et al.,

Defendants.

# CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on September 3, 2026. 3 copies of the Order of Garnishment and Answer of Garnishee and a $1.00 check were sent individually by certified mail to the following location (s):

**JP Morgan Chase Bank, N.A.**
**c/o CT Corporation System**
**400 Easton Commons Way, Suite 125**
**Columbus, Ohio 43219**
**Certified Mail # 9589 0710 5270 3555 2212 79**

**Fifth Third Bank, N.A.**
**c/o Corporation Service Company**
**1160 Dublin Rd., Suite 400**
**Columbus, Ohio 43215**
**Certified Mail # 9589 0710 5270 3772 0565 31**

**PayPal, Inc.**
**c/o CT Corporation System**
**400 Easton Commons Way, Suite 125**
**Columbus, Ohio 43219**
**Certified Mail # 9589 0710 5270 3772 0565 86**

**Primerica Life Insurance Company**
**c/o CT Corporation System**
**400 Easton Commons Way, Suite 125**
**Columbus, Ohio 43219**
**Certified Mail # 9589 0710 5270 3772 0565 55**

**State Farm Life Insurance Company**
**c/o Corporation Service Company**
**1160 Dublin Rd., Suite 400**
**Columbus, Ohio 43215**
**Certified Mail # 9589 0710 5270 3772 0565 48**

**TIAA-CREF**
**c/o Corporation Service Company**
**1160 Dublin Rd., Suite 400**
**Columbus, Ohio 43215**
**Certified Mail # 9589 0710 5270 3772 0565 79**

**The Vanguard Group, Inc.**
**c/o Registered Office**
**100 Vanguard Blvd.**
**Malvern, PA 19355**
**Certified Mail # 9589 0710 5270 3772 0565 62**

Richard W. Nagel, Clerk

By: s/Scott Miller
Scott Miller, Deputy Clerk