## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PayPal, Inc.
c/o CT Corporation System
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219

9590 9402 0085 6058 1225 33

2. Article Number *(Transfer from service label)*

9589 0710 5270 3772 0565 86

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Daniel D Kelley
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Daniel D Kelley

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery
...r $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 2:20-cv-4020 ALM Domestic Return Receipt

USPS TRACKING #

COLUMBUS OH 430
SEP 2026 PM 1 L

9590 9402 0085 6058 1225 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED
RICHARD W. NAGEL
CLERK OF COURT
2026 SEP 11 P 1:16
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Court
United States District Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., Room 121
Columbus, OH 43215

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fifth Third Bank, N.A.
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, OH 43215

9590 9402 0085 6058 1240 49

2. Article Number (Transfer from service label)

9589 0710 5270 3772 0565 31

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Received Corporation Service Company

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 09 2026

By Agent
Amy E. Kuhlman

COLUMBUS, OHIO

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

4020 ALM

PS Form 3811, July 2020 PSN 7530-02-000-9053 2:20-cv-4020 4020 Domestic Return Receipt

USPS TRACKING #

COLUMBUS OH 430

9590 9402 0085 6058 1240 49

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Court
United States District Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., Room 121
Columbus, OH 43215

5-282345

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TIAA-CREF
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, OH 43215

9590 9402 0085 6058 1225 26

2. Article Number (Transfer from service label)

9589 0710 5270 3772 0565 79

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Received ☐ Agent ☐ Addressee

B. Received by (Printed Name) Corporation Service Company

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 09 2026

By Agent
Amy E Kuhlman

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 2:20-cv-4020 ALM Domestic Return Receipt

USPS TRACKING #

COLUMBUS OH 430
9 SEP 2026 PM 6 L

9590 9402 0085 6058 1225 26

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Court
United States District Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., Room 121
Columbus, OH 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2026 SEP 11 PM 4:17
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

5-282346

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Life Insurance Company
ration Service Company

9590 9402 0085 6058 1240 56

2. Article Number *(Transfer from service label)*

9589 0710 5270 3772 0565 48

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Received Corporation Service Company
☐ Agent
☒ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

SEP 09 2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

By Agent
Amy E. Kuhlman

SEP 09 2026

COLUMBUS OH 43

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 2:20-cv-4020 ALM Domestic Return Receipt

USPS TRACKING #

9590 9402 0085 6058 1240 56

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FIL
RICHARD
CLERK O

2026 SEP 11 PM

U.S. DISTR
COLUMBUS

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Court
United States District Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., Room 121
Columbus, OH 43215