**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

Bold Home Products, LLC, et al.,

Plaintiffs,

vs Case No. 2:20-cv-4020

CarbonKlean, LLC., et al.,

Defendants.

**CERTIFICATE OF MAILING BY CLERK**

**Certified mail service** has been done by the Clerk, U.S. District Court on October 6, 2026. 3 copies of the Order of Garnishment and Answer of Garnishee and a $1.00 check were sent individually by certified mail to the following location (s):

**JP Morgan Chase Bank, N.A.**
**c/o CT Corporation System**
**400 Easton Commons Way, Suite 125**
**Columbus, Ohio 43219**
**Certified Mail # 9589 0710 5270 2240 6169 01**

Richard W. Nagel, Clerk

By: s/Scott Miller
Scott Miller, Deputy Clerk